No. 675. Wisconsin Central Ry. Co. v. United States. March 16, 1931. · Petition for writ of certiorari to the Court of Claims denied. *Mr. John L. Erdall* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 703. T. J. Moss Tie Co. et al. v. Tanner et al. March 16, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Edward J. Grove, John London, George W. Yancey,* and *Walter Brower* for petitioners. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, J. Frank Staley, W. Clifton Stone,* and *William H. Riley, Jr.,* for respondent Crowell. No appearance for respondent Tanner.

No. 715. New York, Ontario & Western Ry. Co. v. Wyatt. March 16, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas Watts* for petitioner. *Mr. Sol Gelb* for respondent.

No. 717. Union Central Life Insurance Co. v. Harvey. March 16, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Alva M. Lumpkin* for petitioner. *Rena Harvey, pro se.*

No. 736. New York Life Insurance Co. v. Rositzky. March 16, 1931. Petition for writ of certiorari to the Cir-